IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| EJIKE OKPA, AND § | | |
| JEAN ONUAGULUCHI, § | | |
| PLAINTIFFS, § | | |
| § | | |
| v. § | CASE NO. 3:18-CV-1690-K | |
| § | (CONSOLIDATED CASE NO. 3:18-CV-1697-K) | |
| BANK OF NEW YORK MELLON, AS § | | |
| TRUSTEE, AND SELECT PORTFOLIO § | | |
| SERVICING, INC., § | | |
| DEFENDANTS. § | | |

### ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Renée Harris Toliver made findings, conclusions and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Defendant Select Portfolio Servicing, Inc.'s *Motion for Judgement on the Pleadings as to Jean Onuaguluchi*, Doc. 16, is **GRANTED**.

**SO ORDERED.**

Signed April 2nd, 2019.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE