IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| EJIKE OKPA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:18-cv-1690-K-BK |
| | § | |
| BANK OF NEW YORK MELLON, AS TRUSTEE, AND SELECT PORTFOLIO SERVICING, INC., | § | |
| | § | |
| Defendants. | § | |

| | | |
|---|---|---|
| JEAN ONUAGULUCHI, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| SELECT PORTFOLIO SERVICING, INC., | § | |
| | § | |
| Defendant. | § | |

**UNOPPOSED STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

TO THE HONORABLE DISTRICT COURT JUDGE:

Pursuant to the Federal Rules of Civil Procedure, Plaintiff Ejike Okpa hereby stipulates and agrees to the following:

1. Plaintiff filed his Original Petition, Application for Injunctive Relief, and Request for Disclosures in the 68th Judicial Court of Dallas County, Texas on June 4, 2018.

2. Defendants filed their Notice of Removal on June 28, 2018.

3. Plaintiff no longer desires to pursue his causes of action against Defendants at this time.

4. All claims in this case against Defendants which were or could have been asserted by Plaintiff are dismissed without prejudice.

5. Plaintiff as well as Defendants shall bear their own attorney's fees, expert fees, and litigation expenses incurred in litigating these claims.

6. Plaintiff shall bear the costs of court.

7. Jean Onuaguluchi's claims against Select Portfolio Servicing Inc. were dismissed with prejudice on April 2, 2019..

7. Accordingly, Plaintiff requests that the Court dismiss this lawsuit without prejudice against filing same in the future.

WHEREFORE, PREMISES CONSIDERED, Plaintiff hereto requests that the Court enter the attached Order dismissing the above-entitled and numbered cause without prejudice with costs of court being assessed against the party incurring same.

    Respectfully submitted,

    VILT AND ASSOCIATES, P.C.

    /s/ Jason A. LeBoeuf_____
    Robert C. Vilt
    Texas Bar Number 00788586
    Email: clay@viltlaw.com
    5177 Richmond Avenue, Suite 1142
    Houston, Texas 77056
    Telephone:    713.840.7570
    Facsimile:    713.877.1827

    Jason A. LeBoeuf
    Texas Bar Number 24032662
    Email: jason@viltlaw.com
    Richardson Telecom
    2435 North Central Expressway, Suite 1200
    Richardson, Texas 75080
    Telephone:    214.712.7495
    Facsimile:    713.877.1827
    ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF CONFERENCE

  I hereby certify that a conference was held on the merits of this motion on June 18, 2019 with Gregg D. Stevens and he is unopposed to the relief sought herein.

               /s/ *Jason A. LeBoeuf*
               Jason A. LeBoeuf

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the foregoing was forwarded to all counsel of record pursuant Federal Rules of Civil Procedure on this the 18th day of June, 2019.

Gregg D. Stevens
McGlinchey Stafford PLLC
Three Energy Square
6688 N. Central Expressway, Suite 400
Dallas, TX 75206

               /s/ *Jason A. LeBoeuf*
               Jason A. Leboeuf